IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ERIC D. WHEELER,

        Plaintiff,    :    Case No. 3:10-cv-197

- vs -    :    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

DAYTON POLICE DEPARTMENT,
et al.    :

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint be DISMISSED without prejudice for failure to state a claim upon which relief can be granted.

June 22, 2010.

                              Thomas M. Rose
                              United States District Judge